IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| JOYCE PINCKNEY,<br>Plaintiff, | )<br>)<br>) | NO. 3:05-00962 |
| v. | )<br>) | JUDGE HAYNES |
| BLUE CROSS BLUE SHIELD OF<br>TENNESSEE, INC.,<br>Defendant. | )<br>)<br>)<br>) | |

## ORDER

In accordance with the Memorandum filed herewith, Plaintiff, Joyce Pinckney's motion for judgment on the administrative record (Docket No. 21) is **GRANTED**, and Defendant, Blue Cross Blue Shield of Tennessee, Inc.'s motion for judgment on the administrative record (Docket No. 26) is **DENIED**. Plaintiff is **AWARDED** payment of her outstanding claim for treatment benefits as well as her reasonable attorney's fees and costs to be awarded under Fed. R. Civ. P. 54 and Local Rule 54.01.

This is the Final Order in this Action.

It is so **ORDERED**.

**ENTERED** on this the 9th day of January, 2007.

WILLIAM J. HAYNES, JR.
United States District Judge