IN THE UNTIED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| JOYCE PINCKEY, | ) | |
| | ) | |
| Plaintiff, | ) | NO. 3:05-0962 |
| | ) | JUDGE HAYNES |
| v. | ) | |
| | ) | |
| BLUE CROSS BLUE SHIELD OF TENNESSEE, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Upon review of the file, the parties have settled this action (Docket Entry No. 40) and this action is **CLOSED**.

It is so **ORDERED**.

**ENTERED** this the ___16th___ day of June, 2010.

WILLIAM J. HAYNES, JR
United States District Judge